JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JAMES C. MANN (CABN 221603)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone:  (510) 637-3680
   Facsimile:  (510) 637-3724
   E-Mail:  James.C.Mann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-08-00808 DLJ |
|    Plaintiff, ) | STIPULATED REQUEST TO CONTINUE SENTENCING HEARING DATE TO JULY 23, 2010; **ORDER** |
|    v. ) | |
| OMAR JAMEL WILLIAMS, ) a/k/a "Scooby," ) ) | Date:    July 9, 2010<br>Time:    10:00 a.m.<br>Court:    Hon. D. Lowell Jensen |
|    Defendant. ) | |

     The above-captioned matter is set on July 9, 2010 before this Court for a sentencing hearing. The parties request that this Court continue the hearing to July 23, 2010 at 10:00 a.m.

     Defendant pleaded guilty to one violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) on April 2, 2010. The United States Probation Officer has completed and disclosed the Presentence Investigation Report. Defense counsel, however, is currently serving on a jury and is, therefore, unavailable. The parties respectfully request that the sentencing hearing be continued to July 23, 2010 at 10:00 a.m. to allow defense counsel to be

////

////

STIP. REQ. TO CONTINUE HEARING DATE TO JULY 23, 2010
No. CR-08-00808 DLJ

present.  The United States Probation Officer assigned to this matter has been informed of the parties' request.

DATED: July 7, 2010

|       /s/       |       /s/       |
|---|---|
| JAMES C. MANN | TONY TAMBURELLO, ESQ. |
| Assistant United States Attorney | Counsel for Defendant |
| Counsel for United States | |

STIP. REQ. TO CONTINUE HEARING DATE TO JULY 23, 2010
No. CR-08-00808 DLJ

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-08-00808 DLJ | |
| Plaintiff, ) | ORDER GRANTING STIPULATED REQUEST TO CONTINUE SENTENCING HEARING DATE TO JULY 23, 2010 | |
| v. ) | | |
| OMAR JAMEL WILLIAMS, ) a/k/a "Scooby," ) | Date: Time: Court: | July 9, 2010 10:00 a.m. Hon. D. Lowell Jensen |
| Defendant. ) | | |

The parties jointly requested that the sentencing hearing in this matter be continued from July 9, 2010 to July 23, 2010. Defendant pleaded guilty to one violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) on April 2, 2010. The United States Probation Officer has completed and disclosed the Presentence Investigation Report. Defense counsel, however, is currently serving on a jury and is, therefore, unavailable. The parties respectfully request that the sentencing hearing be continued to July 23, 2010 at 10:00 a.m. to allow defense counsel to be present. The United States Probation Officer assigned to this matter has been

////

////

////

STIP. REQ. TO CONTINUE HEARING DATE TO JULY 23, 2010
No. CR-08-00808 DLJ

1  informed of the parties' request.

2  **IT IS HEREBY ORDERED** that the sentencing hearing in this matter is continued from

3  July 9, 2010 to July 23, 2010 at 10:00 a.m.

5  DATED: July 8, 2010

_____
HON. D. LOWELL JENSEN
United States District Judge